COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

MARY ALVAREZ, JOANNA AVRITT,
PETER GARCIA, GLORIA RIVERA,    §
YVONNE RIVERA, AND NORA
SANCHEZ,    §

    Appellants,    §

v.    §

THOMAS EMERY, BESS SIRMON    §
FJORDBAK, YOLANDA MACIAS,
RUTH SCHULTZ MORRIS, ROBERT    §
W. NILAND, ALBERT G. ROSENBERG,
RICARDO A. TEJEDA, MARIA    §
FERNANDA URBINA, AND BETTE A.
VISNIEWSKI,    §

    Appellees.

No. 08-11-00140-CV

Appeal from the

384th District Court

of El Paso County, Texas

(TC# 2011-1140)

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellants' and Appellees'agreed motion to dismiss this appeal

pursuant to TEX. R. APP. P. 42.1 because the parties have compromised and settled all claims among

them. We grant the motion and dismiss the appeal. Pursuant to the parties' agreement, we assess

costs against the party incurring same. *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties,

the court will tax costs against the appellant).

GUADALUPE RIVERA, Justice

October 26, 2011

Before McClure, C.J., Rivera, J., and Antcliff, J.